**SOCIETE DES PRODUITS NESTLE, S.A. (by assignment from the Stouffer Corporation), Appellant,**

v.

**APPLEBEE'S INTERNATIONAL, INC., Appellee.**

**No. 04–1369, 111,517.**

United States Court of Appeals, Federal Circuit.

Dec. 8, 2004.

ON MOTION

### ORDER

Societe des Produits Nestle, S.A. moves for without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) All pending motions are moot.

(3) Each side shall bear its own costs.